PROB 12B  
(7/93)

Report Date: March 4, 2007

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

MAR 09 2007  

JAMES R. LARSEN, CLERK  
_____ DEPUTY  
SPOKANE, WASHINGTON

Name of Offender: Teresa Ann Cope                      Case Number: 2:04CR02140-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 7/27/2005            Type of Supervision:    Supervised Release

Original Offense: Bank Fraud and Aiding and     Date Supervision Commenced: 03/04/2007  
Abetting, 18 U.S.C. § 1344 & 2

Original Sentence: Prison - 46 Months; TSR - 60     Date Supervision Expires: 03/03/2012  
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20     You shall abstain from alcohol and illegal substances and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Teresa Cope was asked whether she would waive her right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Ms. Cope has agreed to the proposed modifications.

Respectfully submitted,

by _____  
Tommy Rosser  
U.S. Probation Officer  
Date: March 04, 2007

Prob 12B
**Re: Cope, Teresa Ann**
**March 4, 2007**
**Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

3/9/07
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

21   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Witness: _____        Signed: _____
         (R) Al Barrett Tommy Rosser                  Teresa Ann Cope
         U.S. Probation Officer                   Probationer or Supervised Releasee

                    February 28, 2007
                          Date